*James A. Nooney* and *Joseph Force Crater* for appellant. *Sol. Boneparth, David M. Fink* and *Jacquin Frank* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

COUNTY OF ALLEGANY, Respondent, *v.* DELBERT P. SNYDER, Appellant.

*Officers — county clerk — fees — action by county to recover sum collected as fees by county clerk.*

*County of Allegany* v. *Snyder*, 214 App. Div. 810, affirmed.

(Submitted November 23, 1926; decided December 31, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 28, 1925, unanimously affirming a judgment in favor of plaintiff entered upon an order of Special Term granting a motion for judgment on the pleadings. The action was brought by the county of Allegany to recover from the defendant certain compensation received by him during the year 1922, while serving as Allegany county clerk, the office being a salaried one, for the registering and issuing of motor vehicle license plates, amounting in all to the sum of $716.40 which was alleged in the complaint to belong to the plaintiff. The answer admitted the receipt of such compensation by the defendant, denied that the same belonged to the plaintiff and alleged that such compensation was received by the defendant as an individual only acting for and as agent of the State Tax Commission under and pursuant to the provisions of section 283-a of the Highway Law of the State of New York, in force at the time such compensation was paid.

*Charles D. Newton* and *Edwards P. Ward* for appellant. *Fred A. Robbins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

PHILIP NEUER, Appellant, *v.* BECKIE NEUER, Respondent.

*Appeal — judgment of divorce reversed upon the facts and new trial granted — appeal to Court of Appeals dismissed.*

*Neuer* v. *Neuer*, 213 App. Div. 884, appeal dismissed.

(Submitted November 24, 1926; decided December 31, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 24, 1925, reversing upon the facts a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granting a new trial before a jury in an action for divorce.

*James E. Smyth* for appellant.

*Walter R. Hart* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JOHN DIETZ, Respondent.

*Crimes — burglary — larceny — judgment of conviction reversed and new trial granted.*

*People* v. *Dietz*, 216 App. Div. 23, affirmed.

(Argued November 24, 1926; decided December 31, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 10, 1926, which reversed a judgment of the Ontario County Court, rendered upon a verdict convicting the defendant of the crimes of burglary in the third degree and grand larceny in the second degree and granted a new trial.